**J.R. a/k/a J.P., the Mother, Appellant,**

v.

**DEPARTMENT OF CHILDREN AND FAMILIES, et al., Appellees.**

**No. 3D16-2125.**

District Court of Appeal of Florida, Third District.

Nov. 23, 2016.

J.R. a/k/a J.P., the Mother, in proper person.

Karla Perkins, for the Department of Children and Families; Laura J. Lee, Sanford, for the Guardian ad Litem Program, for appellees.

Before EMAS, FERNANDEZ, and SCALES, JJ.

PER CURIAM.

Affirmed on the authority of Florida Rule of Appellate Procedure 9.315(a). Fla. R. App. P. 9.315(a) ("After service of the initial brief ... the court may summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated.").